

# Fourth Court of Appeals
## San Antonio, Texas

September 11, 2019

No. 04-17-00810-CV

**CODY, TEXAS, L.P.,**
Appellant

v.

**BPL EXPLORATION, LTD.,**
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 8,665
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Appellee's supplemental brief was due July 3, 2019. On July 4, 2019, appellee filed its supplemental brief along with a motion requesting a one-day extension of time. After consideration, we **GRANT** appellee's motion and consider its supplemental brief as timely filed.

It is so **ORDERED** on this 11th day of September, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court